Opinion issued May 7, 2009














In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-09-00254-CR

____________


JAMES THYE, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from the 339th District Court 

Harris County, Texas

Trial Court Cause No. 1165559






MEMORANDUM OPINION

 The trial court pronounced sentence in cause number 116559 on March 17,
2009. Appellant's counsel filed a timely motion for new trial and a notice of appeal
See Tex. R. App. P. 21.4, 26.2. On April 21, 2009, appellant's counsel, Brian W.
Wice , filed a motion to dismiss the above-referenced appeal. (1) The motion complies
with the Texas Rules of Appellate Procedure. See Tex. R. App. P. 42.2(a).

 We have not yet issued a decision. Accordingly, the motion is granted and the
appeal is dismissed. 

 Any pending motions are denied as moot.

 The Clerk of this Court is directed to issue the mandate within 15 days. Tex.
R. App. P. 18.1.PER CURIAM


Panel consists of Justices Jennings, Keyes, and Higley. 


Do not publish. Tex. R. App. P. 47.2(b).
1. Counsel's motion also informed this Court that the trial court granted
appellant's motion for new trial on April 21, 2009.